IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIAM D. MCCARTY | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-182 |
| GREG SANCHES, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff William D. McCarty, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Greg Sanches, Charles Dougherty, Zack Nick, Sammy Barden, Sergio Luna, Stephen Netherton, Ed Jones, Chad Hooper, Adam Herrington, Garland Waggonner, Wacey Hartman, and Grimes.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting plaintiff's motion to dismiss Greg Sanches, Zack Nick, Sammy Barden, Sergio Luna, Stephen Netherton, Chad Hooper, Adam Herrington, Garland Waggonner, Wacey Hartman, and Grimes.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge (document no. 44) is **ADOPTED**.

Defendants Greg Sanches, Zack Nick, Sammy Barden, Sergio Luna, Stephen Netherton, Chad Hooper, Adam Herrington, Garland Waggonner, Wacey Hartman, and Grimes are **DISMISSED** from this action.

**So Ordered and Signed**
**Aug 20, 2019**

_____
Ron Clark, Senior District Judge